IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walls, Antonio D

Printed: 1/8/08

Case Number: 04 B 02188
Judge: Wedoff, Eugene R
Filed: 1/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 2, 2008
Confirmed: March 11, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,988.20 |  |
| Secured: |  | 11,513.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 774.85 |
| Other Funds: |  | 0.00 |
| Totals: | 14,988.20 | 14,988.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 17,608.00 | 11,513.35 |
| 3. | Wells Fargo Fin Acceptance | Unsecured | 483.67 | 0.00 |
| 4. | Senex Services Corp | Unsecured | 17.51 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 0.00 |
| 6. | Senex Services Corp | Unsecured | 36.03 | 0.00 |
| 7. | Bank One | Unsecured | 966.95 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 541.28 | 0.00 |
| 9. | Advocate Professional Group | Unsecured |  | No Claim Filed |
| 10. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 11. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 12. | Providian | Unsecured |  | No Claim Filed |
| 13. | Michael Reese Hospital | Unsecured |  | No Claim Filed |
| 14. | Instant Cash Advance | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,413.44 | $ 14,213.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 95.34 |
| 4% | 66.50 |
| 6.5% | 182.44 |
| 3% | 33.25 |
| 5.5% | 182.88 |
| 5% | 60.06 |
| 4.8% | 102.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Walls, Antonio D

Printed:  1/8/08

Case Number:  04 B 02188
Judge:  Wedoff, Eugene R
Filed:  1/20/04

```
                5.4%              52.38
                               _____
                               $ 774.85
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

